■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR MILLER, Appellant. [703 NYS2d 413] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him following a jury trial of robbery in the first degree (Penal Law § 160.15 [4]) and other crimes. We reject the contention of defendant that County Court was biased against him. We also reject his contention that the court's restriction of the cross-examination of a witness constitutes reversible error. The court properly denied defendant's request for a missing witness charge as untimely (*see, People v*

*Gonzalez*, 68 NY2d 424, 428). Finally, the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Monroe County Court, Bristol, J.—Robbery, 1st Degree.) Present—Green, A. P. J., Hayes, Wisner and Balio, JJ.